NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAUL SAMUEL JOHNSON, | ) | No. C 11-01975 JF (PR) |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF TIME TO FILE COMPLETE *IN FORMA PAUPERIS* APPLICATION |
| v. | ) | |
| SHERIFF FONG, et al., | ) | |
| Defendants. | ) | |

Plaintiff, a California inmate, filed the instant civil rights action in pro se pursuant to 42 U.S.C. § 1983 against state officials.  On May 17, 2011, Plaintiff filed a motion for leave to proceed in forma pauperis which is deficient because Plaintiff failed to a Certificate of Funds in Prisoner's Account completed and signed by an authorized prison official.  (See Docket No. 4.)  In the interest of justice, the Court will grant Plaintiff an extension of time to file the missing document.  Plaintiff shall submit the missing document **within thirty (30) days** of the date this order is filed.  **Failure to file the necessary document will result in the denial of the application to proceed in forma pauperis, and the complete filing fee will be immediately due.**

The Clerk shall enclose 2 blank copies of the Certificate of Funds in Prisoner's Account with a copy of this order to Plaintiff.

IT IS SO ORDERED.

DATED: 6/8/11

JEREMY FOGEL
United States District Judge

Order Granting Ext. Of TIme
P:\PRO-SE\SJ.JF\CR.11\01975Johnson_eot-ifp.wpd

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PAUL SAMUEL JOHNSON,

        Plaintiff,

  v.

SHERIFF FONG, et al.,

        Defendants.

Case Number: CV11-01975 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 6/17/11, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Paul Samuel Johnson F 41309
Substance Abuse Treatment Facility
P.O. Box 5246
111 up
Corcoran, CA 93212

Dated: 6/17/11

Richard W. Wieking, Clerk